U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 2 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20137 |
| VS. | : | JUDGE MINALDI |
| REGINALD STEVENS | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Presently before the court is the defendant's Motion for Sentencing Transcripts. The defendant asserts that he needs his sentencing transcripts in order to prepare a §2255 motion.

28 U.S.C. § 753(f) allows a court to order *transcripts* of a criminal proceeding where the § 2255 motion is not frivolous and the transcripts are needed to decide an issue presented in the motion, *see* 28 U.S.C. § 753(f). Stevens has failed to make any showing that his contemplated § 2255 petition would not be frivolous, or that the transcripts are needed to decide issues presented in any such § 2255 petition.[1] Accordingly,

IT IS ORDERED that the defendant's Motion for Sentencing Transcripts IS DENIED.

Lake Charles, Louisiana, this 26 day of September, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. MacCollom*, 426 U.S. 317, 326-27, 96 S.Ct. 2086, 48 L.Ed.2d 666 (1976) (rejecting argument that denial of request for transcripts prevents individual from filing § 2255 motion where individual made no showing that the transcripts were necessary); *Crossley v. United States*, 538 F.2d 508, 509 (2d Cir.1976) ("naked allegation" of need for transcripts to prepare for § 2255 motion was insufficient).